UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHELE SWINGLE,

      Plaintiff,

 vs              3:04-CV-1115

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendant.

- - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LACHMAN & GORTON<br>Attorneys for Plaintiff<br>1500 East Main Street<br>P.O. Box 89<br>Endicott, NY 13761-0089 | PETER A. GORTON, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br> Northern District of New York<br>Attorney for Defendant<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |
| SOCIAL SECURITY ADMINISTRATION<br>Attorney for Defendant<br>Office of regional general Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278 | DENNIS J. CANNING, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Plaintiff, Michele Swingle, brought this action seeking judicial review pursuant to 42

U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated June 26,

2007, the Honorable George H. Lowe, United States Magistrate Judge, recommended that this matter be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. The parties have filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the parties have objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   October 17, 2007
         Utica, New York.